# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1073
Lower Tribunal No. 2022-CA-000521-000I-XX

_____

JC RESOURCES, LLC d/b/a GULF SHORE APOTHECARY,

Appellant,

v.

OPTUMRX, as successor by merger to CATAMARAN CORPORATION, and OPTUMRX,

in its own right,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Richard E. Miller, of Jacobs Law Group, PC, Philadelphia, Pennsylvania, and Sean Estes, of Hoyer Law Group, PLLC, Tampa, for Appellant.

Mark R. Rosen, of Jacobs Law Group PC, West Conshohocken, Pennsylvania, Pro Hac Vice, for Appellant.

Kristen M. Fiore, of Akerman LLP, Tallahassee, Alexander M. Mora, and Ndifreke U. Uwem, of Akerman LLP, Miami, and Michael J. Holecek, of Gibson, Dunn & Crutcher LLP, Los Angeles, California, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED